286

No. 68173.—Elancee Trading Corp. *v.* United States, protest 63/6303 (New York).

Opinion by DONLON, J. An examination of the official papers in the case showing that the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

No. 68174.—Berolio Import Co., Inc. *v.* United States, protest 63/6599 (New York).

Opinion by DONLON, J. An examination of the official papers in the case showing that the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE FIRST DIVISION, DECEMBER 18, 1963

No. 68175.—H. A. & J. L. Wood *v.* United States, protest 61/11288 (Pembina).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish blocks similar in all material respects to those the subject of *C. J. Tower & Sons of Nia., Inc.* v. *United States* (48 Cust. Ct. 229, C.D. 2340), the claim of the plaintiff was sustained.

No. 68176.—Hub Floral Manufacturing Co. *v.* United States, protest 62/7652 (Los Angeles).

Opinion by WILSON, J. In accordance with oral stipulation of counsel that the merchandise, described on the invoice as item No. 2229, "Santa and snowman head," is not an artificial fruit, etc., but is in chief value of cotton, the claim of the plaintiff was sustained.